IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LEAH THOMAS, | * |
| Plaintiff, | * |
| v. | * CV 622-079 |
| THAI UNION NORTH AMERICA INC. d/b/a CHICKEN OF THE SEA, | * |
| Defendant. | * |

ORDER

Before the Court is Plaintiff's motion for voluntary dismissal. (Doc. 16.) Plaintiff filed his motion before Defendant filed an answer or a motion for summary judgment; therefore, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS HEREBY ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of February, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA